Certificate Number: 17572-PAM-DE-035324979

Bankruptcy Case Number: 20-03596


17572-PAM-DE-035324979

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 1, 2021, at 2:52 o'clock PM PST, Ileen D Hanse completed a course on personal financial management given by telephone by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: February 1, 2021

By: /s/Shelene Manzi

Name: Shelene Manzi

Title: Counselor