United States Bankruptcy Court

Middle District of Pennsylvania

In re:     Case No. 20-03596-HWV

Ileen D Hanse     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Apr 08, 2021     Form ID: ntcnfhrg     Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ileen D Hanse, 800 Clydesdale Road, York, PA 17402-7599 |
| 5381239 | + | Bank of Amercia, PO Box 15019, Wilmington, DE 19850-5019 |
| 5381240 | + | Barclay Bank, PO Box 8801, Wilmington, DE 19899-8801 |
| 5381241 | | Cenlar, Payment Processing Center, PO Box 11733, Newark, NJ 07101-4733 |
| 5381244 | | Comenity-King Sizw, PO Box 659728, San Antonio, TX 78265-9728 |
| 5393396 | | Hudson City Savings Bank, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 5381247 | + | Law Office of Frederic I Weinberg, 375 E. Elm Street, Ste. 210, Conshohocken, PA 19428-1973 |
| 5381248 | | M & T Bank, c/o SPS, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5384234 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5393580 | | U.S. Bank Trust National Association, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 08 2021 19:07:29 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5381238 | | Email/Text: bankruptcy@sccompanies.com | Apr 08 2021 19:03:00 | AmeriMark Premier, PO Box 2845, Monroe, WI 53566-8045 |
| 5384184 | + | Email/Text: bankruptcy@sccompanies.com | Apr 08 2021 19:03:00 | Amerimark, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5392178 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 08 2021 19:07:05 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 5381243 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 08 2021 19:04:00 | Comenity - Roamans, PO Box 659617, San Antonio, TX 78265-9617 |
| 5381242 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 08 2021 19:04:00 | Comenity - Roamans, PO Box 659728, San Antonio, TX 78265-9728 |
| 5381245 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 08 2021 19:04:00 | IRS, 600 Arch Street, Philadelphia, PA 19106 |
| 5381246 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 08 2021 19:04:00 | Jessia London, PO Box 182273, Columbus, OH 43218-2273 |
| 5384181 | + | Email/Text: bankruptcy@sccompanies.com | Apr 08 2021 19:03:00 | K. Jordan, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5384182 | + | Email/Text: bankruptcy@sccompanies.com | Apr 08 2021 19:03:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5381249 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 08 2021 19:06:45 | Portfolio Recovery, PO Box 12914, Norfolk, VA 23541 |
| 5391074 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 08 2021 19:06:45 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5382087 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 08 2021 19:04:00 | Pennsylvania Department of Revenue, Bankruptcy |

| | | | | |
|---|---|---|---|---|
| | | | | Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5388378 | | Email/Text: bnc-quantum@quantum3group.com | Apr 08 2021 19:04:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5381250 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 08 2021 19:06:47 | Sears Credit Cards, PO Box 9001055, Louisville, KY 40290-1055 |
| 5381251 | | Email/Text: bankruptcy@sccompanies.com | Apr 08 2021 19:03:00 | Stoneberry, PO Box 2820, Monroe, WI 53566-8020 |
| 5384183 | + | Email/Text: bankruptcy@sccompanies.com | Apr 08 2021 19:03:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5381688 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 08 2021 19:07:24 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2021                  Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Christos A Katsaounis | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us |
| Rebecca Ann Solarz | on behalf of Creditor U.S. Bank Trust National Association as Trustee for Towd Point Master Funding Trust 2020-PM6 bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor Hudson City Savings Bank bkgroup@kmllawgroup.com |
| Thomas William Fleckenstein | on behalf of Debtor 1 Ileen D Hanse FleckensteinLaw@yahoo.com TFleck84@yahoo.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Ileen D Hanse,      Chapter     13

**Debtor 1**

Case No.     1:20−bk−03596−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**May 5, 2021** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: May 12, 2021<br><br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 8, 2021 |

ntcnfhrg (03/18)