UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ILEEN D. HANSE : CHAPTER 13
        Debtor(s) :
 :

CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
        Movant :
 :

vs. :
 :

ILEEN D. HANSE :
        Respondent(s) : CASE NO. 1-20-bk-03596

## TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 8th day of April, 2021, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required. More specifically,

Trustee alleges and avers that debtor(s)' disposable income is greater than that which is committed to the plan based upon the Means Test calculation and specifically disputes the following amounts:

   a. Charitable contributions (verification) – Line 31.
   b. Number of allowances.

2. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

   a. The plan is underfunded relative to claims to be paid – 100% plan.

3. Trustee avers that debtor(s)' plan is not feasible and cannot be administered due to the lack of the following:

   a. Domestic support information.
   b. Unfiled/unassessed 2019 federal tax return (Claim #7).

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of debtor(s) plan.

      b. Dismiss or convert debtor(s) case.
      c. Provide such other relief as is equitable and just.

                               Respectfully submitted:

                               /s/Charles J. DeHart, III
                               Standing Chapter 13 Trustee
                               8125 Adams Drive, Suite A
                               Hummelstown, PA 17036
                               (717) 566-6097

## CERTIFICATE OF SERVICE

        AND NOW, this 15th day of April, 2021, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Thomas Fleckenstein, Esquire
470 Locust Street
Columbia, PA   17512

                               /s/Deborah A. Behney
                               Office of Charles J. DeHart, III
                               Standing Chapter 13 Trustee2