United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-03596-HWV |
| Ileen D Hanse | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jun 28, 2021 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2021:**

**Recip ID**     **Recipient Name and Address**

+   Anthony W. Hanse, 800 Clydesdale Drive, York, PA 17402-7599

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2021                 Signature:       /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Select Portfolio Servicing  Inc., for servicer Hudson City Savings Bank bnicholas@kmllawgroup.com |
| Brian Nicholas | |
| | on behalf of Creditor U.S. Bank Trust National Association  as Trustee for Towd Point Master Funding Trust 2020-PM6 bnicholas@kmllawgroup.com |
| Christos A Katsaounis | |
| | on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us |
| Jack N Zaharopoulos (Trustee) | |
| | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | |
| | on behalf of Creditor U.S. Bank Trust National Association  as Trustee for Towd Point Master Funding Trust 2020-PM6 bkgroup@kmllawgroup.com |

Rebecca Ann Solarz

       on behalf of Creditor Hudson City Savings Bank bkgroup@kmllawgroup.com

Rebecca Ann Solarz

       on behalf of Creditor Select Portfolio Servicing  Inc., for servicer Hudson City Savings Bank bkgroup@kmllawgroup.com

Thomas William Fleckenstein

       on behalf of Debtor 1 Ileen D Hanse FleckensteinLaw@yahoo.com  TFleck84@yahoo.com

United States Trustee

       ustpregion03.ha.ecf@usdoj.gov


TOTAL: 9

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ileen D. Hanse | CHAPTER 13 |
|        Debtor(s) | |
| | |
| Select Portfolio Servicing, Inc., for servicer Hudson City Savings Bank | |
|        Movant | |
|        vs. | NO. 20-03596 HWV |
| | |
| Ileen D. Hanse | |
|        Debtor(s) | |
| | |
| Anthony W. Hanse | 11 U.S.C. Section 362 and 1301 |
|        Co-Debtor | |
| | |
| Jack N. Zaharopoulos | |
|        Trustee | |

## ORDER

Upon consideration of Movant's Motion for Relief from the Automatic Stay, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and Section 1301 of the Bankruptcy Code, is modified with respect to the subject premises located at 800 Clydesdale Dr, York, PA 17402 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

Dated: June 28, 2021

By the Court,

_Henry W. Van Eck_

Henry W. Van Eck, Chief Bankruptcy Judge (JG)