United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                    Case No. 20-03596-HWV

Ileen D Hanse                                                             Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | #+ | Ileen D Hanse, 800 Clydesdale Road, York, PA 17402-7599 |
| 5381241 | | Cenlar, Payment Processing Center, PO Box 11733, Newark, NJ 07101-4733 |
| 5381244 | | Comenity-King Sizw, PO Box 659728, San Antonio, TX 78265-9728 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | EDI: PRA.COM | Feb 25 2026 23:42:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | EDI: PRA.COM | Feb 25 2026 23:42:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5381238 | | EDI: CBS7AVE | Feb 25 2026 23:42:00 | AmeriMark Premier, PO Box 2845, Monroe, WI 53566-8045 |
| 5384184 | + | EDI: CBS7AVE | Feb 25 2026 23:42:00 | Amerimark, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5381239 | + | EDI: BANKAMER | Feb 25 2026 23:42:00 | Bank of Amercia, PO Box 15019, Wilmington, DE 19850-5019 |
| 5381240 | + | EDI: TSYS2 | Feb 25 2026 23:42:00 | Barclay Bank, PO Box 8801, Wilmington, DE 19899-8801 |
| 5392178 | + | EDI: PRA.COM | Feb 25 2026 23:42:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 5381243 | | EDI: WFNNB.COM | Feb 25 2026 23:42:00 | Comenity - Roamans, PO Box 659617, San Antonio, TX 78265-9617 |
| 5381242 | | EDI: WFNNB.COM | Feb 25 2026 23:42:00 | Comenity - Roamans, PO Box 659728, San Antonio, TX 78265-9728 |
| 5393396 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 25 2026 18:45:00 | Hudson City Savings Bank, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 5381245 | | EDI: IRS.COM | Feb 25 2026 23:42:00 | IRS, 600 Arch Street, Philadelphia, PA 19106 |
| 5381246 | | EDI: WFNNB.COM | Feb 25 2026 23:42:00 | Jessia London, PO Box 182273, Columbus, OH 43218-2273 |
| 5384181 | + | EDI: CBS7AVE | Feb 25 2026 23:42:00 | K. Jordan, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5381247 | + | Email/Text: contact@fiwlaw.com | Feb 25 2026 18:45:00 | Law Office of Frederic I Weinberg, 375 E. Elm |

| | | | |
|---|---|---|---|
| | | | Street, Ste. 210, Conshohocken, PA 19428-1973 |
| 5381248 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | |
| | | Feb 25 2026 18:45:00 | M & T Bank, c/o SPS, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5384182 | + | EDI: CBS7AVE | |
| | | Feb 25 2026 23:42:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5384234 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Feb 25 2026 18:45:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5421257 | ^ | MEBN | |
| | | Feb 25 2026 18:44:12 | Navy Federal Credit Union, P.O. Box 23800, Merrifield, VA, 22119-3800 |
| 5381249 | | EDI: PRA.COM | |
| | | Feb 25 2026 23:42:00 | Portfolio Recovery, PO Box 12914, Norfolk, VA 23541 |
| 5391074 | | EDI: PRA.COM | |
| | | Feb 25 2026 23:42:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5382087 | + | EDI: PENNDEPTREV | |
| | | Feb 25 2026 23:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5388378 | | EDI: Q3G.COM | |
| | | Feb 25 2026 23:42:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5381250 | + | EDI: CITICORP | |
| | | Feb 25 2026 23:42:00 | Sears Credit Cards, PO Box 9001055, Louisville, KY 40290-1055 |
| 5381251 | | EDI: CBS7AVE | |
| | | Feb 25 2026 23:42:00 | Stoneberry, PO Box 2820, Monroe, WI 53566-8020 |
| 5384183 | + | EDI: CBS7AVE | |
| | | Feb 25 2026 23:42:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5381688 | + | EDI: PRA.COM | |
| | | Feb 25 2026 23:42:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5393580 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | |
| | | Feb 25 2026 18:45:00 | U.S. Bank Trust National Association, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christos A Katsaounis | on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us |
| Denise E. Carlon | on behalf of Creditor Select Portfolio Servicing  Inc., for servicer Hudson City Savings Bank bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust National Association  as Trustee for Towd Point Master Funding Trust 2020-PM6 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Rebecca Ann Solarz | on behalf of Creditor Hudson City Savings Bank bkgroup@kmllawgroup.com |
| Thomas William Fleckenstein | on behalf of Debtor 1 Ileen D Hanse Tom@TomFleckenstein.com  TFleck84@yahoo.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Ileen D Hanse | Social Security number or ITIN xxx–xx–3463 |
| | First Name    Middle Name    Last Name | EIN  \_\_–_____ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  \_\_\_\_ EIN  \_\_–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:20–bk–03596–HWV | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Ileen D Hanse

**By the court:**

2/25/26

Henry W. Van Eck, Chief Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**