In re:

Ileen D Hanse

    Debtor

Case No. 20-03596-HWV

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1             User: AutoDocke             Page 1 of 3

Date Rcvd: Feb 25, 2026             Form ID: pdf010             Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Ileen D Hanse, 800 Clydesdale Road, York, PA 17402-7599 |
| 5381241 | | Cenlar, Payment Processing Center, PO Box 11733, Newark, NJ 07101-4733 |
| 5381244 | | Comenity-King Sizw, PO Box 659728, San Antonio, TX 78265-9728 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 25 2026 18:54:17 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 25 2026 18:54:17 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5381238 | | Email/Text: bankruptcy@sccompanies.com | Feb 25 2026 18:45:00 | AmeriMark Premier, PO Box 2845, Monroe, WI 53566-8045 |
| 5384184 | + | Email/Text: bankruptcy@sccompanies.com | Feb 25 2026 18:45:00 | Amerimark, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5381239 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Feb 25 2026 18:45:00 | Bank of Amercia, PO Box 15019, Wilmington, DE 19850-5019 |
| 5381240 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 25 2026 18:45:00 | Barclay Bank, PO Box 8801, Wilmington, DE 19899-8801 |
| 5392178 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 25 2026 18:54:02 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 5381243 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 25 2026 18:45:00 | Comenity - Roamans, PO Box 659617, San Antonio, TX 78265-9617 |
| 5381242 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 25 2026 18:45:00 | Comenity - Roamans, PO Box 659728, San Antonio, TX 78265-9728 |
| 5393396 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 25 2026 18:45:00 | Hudson City Savings Bank, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 5381245 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 25 2026 18:45:00 | IRS, 600 Arch Street, Philadelphia, PA 19106 |
| 5381246 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 25 2026 18:45:00 | Jessia London, PO Box 182273, Columbus, OH 43218-2273 |
| 5384181 | + | Email/Text: bankruptcy@sccompanies.com | Feb 25 2026 18:45:00 | K. Jordan, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5381247 | + | Email/Text: contact@fiwlaw.com | Feb 25 2026 18:45:00 | Law Office of Frederic I Weinberg, 375 E. Elm |

| | | | |
|---|---|---|---|
| | | | Street, Ste. 210, Conshohocken, PA 19428-1973 |
| 5381248 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | |
| | | Feb 25 2026 18:45:00 | M & T Bank, c/o SPS, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5384182 | + | Email/Text: bankruptcy@sccompanies.com | |
| | | Feb 25 2026 18:45:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5384234 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Feb 25 2026 18:45:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5421257 | ^ | MEBN | |
| | | Feb 25 2026 18:44:12 | Navy Federal Credit Union, P.O. Box 23800, Merrifield, VA, 22119-3800 |
| 5381249 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Feb 25 2026 18:54:09 | Portfolio Recovery, PO Box 12914, Norfolk, VA 23541 |
| 5391074 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Feb 25 2026 18:54:09 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5382087 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | |
| | | Feb 25 2026 18:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5388378 | | Email/Text: bnc-quantum@quantum3group.com | |
| | | Feb 25 2026 18:45:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5381250 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Feb 25 2026 18:54:13 | Sears Credit Cards, PO Box 9001055, Louisville, KY 40290-1055 |
| 5381251 | | Email/Text: bankruptcy@sccompanies.com | |
| | | Feb 25 2026 18:45:00 | Stoneberry, PO Box 2820, Monroe, WI 53566-8020 |
| 5384183 | + | Email/Text: bankruptcy@sccompanies.com | |
| | | Feb 25 2026 18:45:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5381688 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Feb 25 2026 18:54:02 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5393580 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | |
| | | Feb 25 2026 18:45:00 | U.S. Bank Trust National Association, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christos A Katsaounis | on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us |
| Denise E. Carlon | on behalf of Creditor Select Portfolio Servicing  Inc., for servicer Hudson City Savings Bank bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust National Association  as Trustee for Towd Point Master Funding Trust 2020-PM6 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Rebecca Ann Solarz | on behalf of Creditor Hudson City Savings Bank bkgroup@kmllawgroup.com |
| Thomas William Fleckenstein | on behalf of Debtor 1 Ileen D Hanse Tom@TomFleckenstein.com  TFleck84@yahoo.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                 )    CHAPTER 13

Ileen D. Hanse          )

        DEBTOR      )    CASE NO. 1:20-bk-03596-HWV

Ileen D. Hanse          )

       MOVANT       )

v.                    )

Respondent: All creditors   )

## ORDER

Upon consideration of Debtor's Motion to Reopen Case, Doc. 60, it is

**ORDERED** that the Motion is **GRANTED** and the above-captioned Chapter 13 case is

reopened for the limited purpose of allowing the Debtor to file her Certifications Regarding

Domestic Support Obligations and 11 U.S.C. 522(q), to the extent not already filed.

By the Court,

_____

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: February 25, 2026